United States Courts
Southern District of Texas
F I L E D

MAR 2 9 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES BUNN, CEUNDRIC CAMPBELL, SYE NEWTON, et al, plaintiffs. | § § § § | Case No._____<br>Class Action |
| Vs. | § § § | **CONSTITUTIONAL RIGHTS VIOLATIONS**<br>[ 4th, 5th, 6th, 8th, 9th, 10th, 13th, 14th] |
| MERRICK GARLAND in his official capacity as Attorney General of the United States; JOHN DOE, in his official Capacity as Director of the United States Marshals Service; Judge ALFORD BENNETT, Judge DAVID HITNER, Judge VANESSA GILMORE, et al., Judges of the Southern District of Texas, Houston Division in their official capacities, JENNIFER B. LOWERY in her official capacity as acting United States Attorney, DENNIS HESTER, esq., RAY VASQUEZ, esq., JONATHAN C. FRANK, esq., acting in their individual capacities; JOHN DOE(S) , JANE DOE(s) in their official capacities As police and investigative agencies for the Various municipalities and cities of the STATE OF TEXAS, et al, | § § § § § § § § § § § § § § § § § § § § | **BIVENS ACTION**<br><br><br>**Jury Trial Demanded** |

COMES NOW, plaintiff(s): JAMES BUNN, CEUNDRIC CAMPBELL, SYE NEWTON, (plaintiffs "BUNN" "CAMPBELL" "NEWTON" respectively) appearing pro se, present the following Constitutional Right(s) violations, BIVENS Action, and claim for declaratory, injunctive relief, and full investigation into the Department of Justice in the Houston Division as follows:

I. INTRODUCTION

1. This action places before the court a lawsuit involving Federal/state agencies, and private actors including the Department of Justice, the Judiciary of the Southern

Page 1 of 1

Class Action Constitutional Rights Complaint

District of Texas, Public Defender's office, Police and investigative agencies, private attorneys, and quasi-public officials.

2. This complaint alleges that minority citizens, i.e., African-American, Latino, and Native-American defendants in the United States District Court, Houston, Division (S.D.T.X. Hou, Texas) are being denied numerous protections and privileges guaranteed by the United States constitution discriminatorily by judges, prosecutors, and defense attorneys relative to similarly situated caucasian defendants in same courts.

3. This complaint further alleges that systematic and systemic abuses are being suffered by suspect classes of criminal defendants, i.e., "minority pre-trial detainee defendants" in the S.D.T.X., in what demonstrates concerted collusion and conspiracies against these suspect classes of pretrial detainee minority defendants in federal custody by association of Federal, state, and private actors based on racial/class-based, invidiously discriminatory animus.

4. Complaint alleges that individuals in their official capacity with the ability to prevent conspiratorial actions which have and will continue to cause harm to class of defendants have refused to, and in cases, have perpetuated conspiracies in violation of United States Constitution and attendant statutory provisions.

5. Complaint further alleges practices and abuses which fall squarely under Racketeering Influenced Corrupt Organizations, i.e., R.I.C.O. violations regarding enterprise of Federal, state agencies, police and investigatory departments, and private and court-appointed attorneys to deprive minority defendants of inalienable rights and protections afforded by the constitution of the United States.

6. Complaint alleges that defendants have and continue to violate defendants' rights under Constitution of the United States of America and as such is actionable under BIVENS.

7. Complaint additionally alleges and incorporates by reference that all actors acting in their official capacity individually and severally have engaged in actions which have caused-or may cause- actual and permanent harm to plaintiffs, especially in regards to continued detention during Covid-19 pandemic-which named plaintiffs have contracted.

Class Action Constitutional Rights Complaint

8. Complaint alleges specifically that rights of plaintiffs under the 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th amendments of the United States Constitution have been and continue to be violated by named and presently unknown defendants.

9. Complaint alleges that named plaintiffs are further class representatives of minority defendants presently in Federal/U.S. Marshal custody-or via private subcontractors-or whom may in future be in custody of the U.S. Govt. in and for the Southern District of Texas, Houston Division.

## II.   PARTIES

**Plaintiff(s):**

10. JAMES BUNN #01537579, plaintiff/party representative is presently-and at all times relevant to this action- a pretrial detainee in the custody of the U.S. Marshals at the JOE CORLEY Detention Facility in Conroe, Texas. Joe Corley DF is owned by privately-owned Geo Corp. "BUNN" is a registered member of CHOCTAW NATION of Oklahoma. As such is a Native American/member of Indigenous Tribe.

11. CEUNDRIC CAMPBELL #14752579, plaintiff/ party representative is presently-and at all times relevant to this action- a pretrial detainee in the custody of the U.S. Marshals at the JOE CORLEY Detention Facility in Conroe, Texas. "Campbell" is of both Latin and African descent, i.e., Afro-Columbian.

12. SYE NEWTON #04787579, plaintiff/party representative is presently-and at all times relevant to this action- a pretrial detainee in the custody of the U.S. Marshals at the JOE CORLEY Detention Facility in Conroe, Texas. "Newton" was born in Germany to an African-American mother.

**Defendants:**

13. JOHN DOE-Director of United States Marshal Service;
14. U.S. Attorney General Merrick Garland;
15. Acting U.S. Atty Houston Division Jennifer B. Lowery
16. Asst. U.S. Atty. ERIN EPLEY        ;
17. Asst. U.S. Atty. JILL STOTTS        ;

Page 1 of 3

Class Action Constitutional Rights Complaint

18. Asst. U.S. Atty. _____
19. Jonathan C. Frank, esq.
20. Dennis Hester, esq.
21. Ray Vasquez, esq.
22. Judge Alford Bennett;
23. Judge Vanessa Gilmore;
24. Judge David Hitner;
25. Southern District of Texas, Houston Division Judiciary;
26. John Doe, Chief of Houston Police Dept.;
27. John Doe/Jane Doe...

### III. JURISDICTION AND VENUE

28. Jurisdiction is asserted pursuant the United States Constitution and 28 U.S.C. § 2679(b)(2) [BIVENS-allows federal employees to be sued for damages for their violation of the U.S. Constitution.
29. Plaintiff's claims for ***declaratory relief*** are authorized under 28 U.S.C. §§2201 and 2202;
30. Plaintiff's claims for ***injunctive relief*** are authorized under 28 U.S.C. 2283 and 2284;

### IV. PREVIOUS LAWSUITS

31. Plaintiff(s) as class have not filed any class action lawsuits

### V. STATEMENT OF FACTS

32. Plaintiffs as a class were all arrested by multi/intra-agency officers. A combination of federal and state agencies.
33. Plaintiffs allege violations in the arrest process through either the denial of Miranda rights and/or violations during arrest/unlawful compulsion/coercion in reading of Miranda rights in violation of 5th amendment;
34. Plaintiffs allege the denial of counsel upon request, continued questioning after reading of Miranda rights etc.by state/federal agencies which is also violation of 5th amendment-due process- as made applicable to the states by the 14th amendment of the U.S. Constitution.

35. Plaintiffs allege that Federal Agents/agency conspired to and did actually violate 5th and 6th amendment rights of plaintiffs via use of state agencies to investigate and prosecute crimes where federal jurisdiction was lacking.
36. Plaintiffs allege violation of 5th amendments ... of right not to be compelled to be witness against themselves via coercive arrests, detained in jails (incidents of arrest cuffs, held against will, involuntary servitude), deprived of liberty without due process of law.
37. Plaintiffs allege violation of 4th amendment right to be free from unreasonable search/seizure by state agencies at behest/inducement of Federal government.
38. Plaintiffs have been denied bail, held without bail, in detention centers forced to endure Covid-19 in violation of Constitutional Rights.
39. Plaintiffs have been denied their Constitutional right to speedy trial(s) in violation of the 6th amendment.
40. Plaintiffs allege that they have been denied compulsory process for obtaining witnesses in their favor, i.e., phone records, alibi witnesses, public records, etc. with council acting tacitly/directly in tandem with Asst. U.S. Atty(s) in helping to secure conviction/continued detainment.
41. Plaintiffs allege that they have been provided with counsel which falls beneath that level of representation required by Constitution.
42. Plaintiffs allege that they have been deprived of right to bail in violation of 8th amendment of the U.S. Constitution.
43. Plaintiffs allege that even as pretrial detainees they were unlawfully subject to cruel and unusual punishment. Courts forced detainees to endure and be exposed to Covid-19 despite meeting criterion for release in violation of the 8th amendment of the U.S. Constitution.
44. Plaintiffs allege that attorneys whom represent them violated their rights under the 9th amendment of the United States Constitution through coercion in waiving 6th amendment speedy trial right in order to enforce fair trial/due process rights under 5th amendment.
45. Plaintiffs allege that attorneys in collusion with Federal government did and continue to conspire to deprive plaintiffs of fair and speedy trial(s), with, tacit knowledge/approval of judges whom have duty to prevent said unlawful conspiracies.
46. Plaintiffs allege that attorneys in collusion with Federal government and judges of the Southern District of Texas have and continue to collude together to the deprivation of detainees' constitutional rights on the basis of ethnicity, race, and/or otherwise as class of indigent minorities, in, violation of Constitutional provisions.
47. Plaintiffs allege that their rights to be free from slavery and involuntary servitude except as a punishment for crime whereof party shall have been duly convicted under the 13th amendment of the U.S. Constitution were violated when forced to remain in detention center and mistreated as 2nd class citizens.
48. Plaintiffs further maintain that denial of constitutional protections directly contribute to denial of citizenry, and, are practiced specifically to disenfranchise minorities in violation of the United States Constitution.

49. Plaintiffs finally maintain that all times and continuing they are being deprived of the equal protection of the law at every stage of the trial process on account of race/ethnicity when compared to similarly situated U.S. citizens whom are Caucasian.

## VI.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

50. Plaintiffs have no available administrative remedies to exhaust in connection with this complaint. Even were any available extreme circumstances and nature of complaint falls under exception to exhaustion rule. Plaintiffs additionally are being held in a privately-owned facility.

## VII.   CAUSE OF ACTION

51. ATTORNEY GENERAL MERRICK GARLAND is responsible for the direction of the United States Attorney office in Houston and all federal prosecutors in the nation. He is also responsible for overall policy of US attorney office.
52. JOHN DOE is the Director of U.S. Marshal Service and is responsible for subordinates and policy/practices undertaken by his deputies.
53. Acting U.S. atty. Jennifer B. Lowery is head prosecutor over the Houston Division is ultimately in charge of policy/culture of prosecutors in this office.
54. Asst. U.S. Attorney __ERIN EPLEY__,
55. Asst. U.S. Attorney __JILL STOTTS__,
56. Asst. U.S. Attorney _____, are each assigned to plaintiffs in complaint and are directly responsible for constitutional violations they have perpetrated singularly in their official capacity, and in conspiracy with defense counsel, including conspiring to deprive plaintiffs of 4th, 5th, 6th, 8th, 9th, 10th, 13th, 14th, constitutional amendments/rights on the basis of their race, ethnicity, and depriving them of equal protection of the laws compared with Caucasian citizens.
57. Judge(s) Alford Bennett, Vanessa Gilmore, David Hitner acting in their official capacity having a duty to prevent constitutional violation to plaintiffs, have instead contributed to ongoing deprivation to equal rights and privileges to plaintiffs on basis of race/ethnicity and/or other suspect grounds. Otherwise, they have been negligent to such a degree as to have acted arbitrarily and capriciously in violation of plaintiff/plaintiff classes constitutional rights.
58. JANE/JOHN DOE(S) sitting in Southern District of Texas, Houston Division judiciary are equally responsible for violations occurring in line #57 to other unnamed class members presently and ongoing.
59. JOHN DOE CHIEF OF POLICE IN HARRIS COUNTY is responsible for training and supervision of officers and is responsible for unlawful arrests and mistreatment of plaintiff classes in handling of their cases…

60. JANE/JOHN DOE investigators are presently unknown but represent individuals acting in their official capacity whom contributed and continue to facilitate violations to plaintiffs' constitutional rights on grounds of race/ethnicity.

## VIII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court enter an order:

61. Injunctive relief in the nature of full investigation into allegations of discriminatory practices/treatment of minority pretrial detainees beginning with investigative process, through grand jury indictments up until sentencing and convictions. In order to ascertain the nature and scope of discriminatory practices, prevalency, and extent of violations to citizens constitutional rights throughout entire trial process.
62. Injunctive relief in the immediate stay on all criminal proceedings pertaining to class of plaintiffs represented, in, the Southern District of Texas, Houston Division until injunctive relief ordered by court and/or carried out by Civil Rights Division of Dept. of Justice in Washington, D.C.
63. Upon finding of veracity of allegations in present suit, issuing declaratory relief declaring that the acts of defendants have violated the constitutional rights of plaintiffs and stating the defendants' duties with respect to those rights.
64. Any other relief that this Court may deem just and prosper.
65. Trial by jury is hereby demanded on all claims alleged herein, and the parties are hereby given notice, pursuant to Fed. R. Civ. P. 38(a)-(c).

Respectfully submitted this 23 day of March, 2021.

_____ Plaintiff
_____ Plaintiff
_____ Plaintiff

Joe Corley Detention Facility
500 Hilbig Rd.
Conroe, Tx. 77301

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 29 2021

Nathan Ochsner, Clerk of Court

JAMES BUNN, CEUNDRIC CAMPBELL, SYE NEWTON, et al. Plaintiff

Case No. _____

Vs.

Class Action

MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES

Certification of Service

Comes Now, plaintiff, declaring under penalty of perjury that the following addresses were mailed a copy of: Class Action Complaint James Bunn, et al vs. Merrick Garland, et al; Affidavit(s) of James Bunn, Ceundric Campbell, Sye Newton, etc to the following:

- U.S District Court 5th Circuit * 515 Rusk Ave. Houston Tx, 77002
- The White House * President Biden * 1600 Pennsylvania Ave Washington DC 20500
- A.C.L.U Houston * P.O. Box 8306 Houston, TX 77288
- D.O.J Civil Rights * 950 Pennsylvania Ave. NW Washington DC 20530
- United Nations * Office of Legal Affairs * 1 United Nations Plaza 9th FL. New York NY 10017
- United Nations * Complaint Procedure Unit * CH-1211 Genva 10 Switzerland
- Law Offices of Nikeyla Johnson, ESQ * 1776 Yorktown Ste. 100 Houston, Tx 77056
- Law Offices of Iffy A. Ukoha * 6666 Harwin Dr. Ste. 162B Houston, TX 77036
- NAACP Houston Office * 2002-Wheeler Ave. Houston, TX 77004
- KRIV Fox 26 * Tiffany Justice * 4261 Southwest Fwy Houston, TX 77027
- Law Offices of Sadiyah Evangelisia * PO Box 1092 Houston, TX 77251

- Raging Elephants * Radio * PO Box 802113 Houston, TX 77280
- The Justice Project * 1025 Vermont Ave NW 3rd Floor Washington, DC 20005
- People's Law Office * 1180 North Milwaukee Ave. Chicago, Illinois 60642
- The Prision Show * KPFT 90.1 FM Houston * 419 Lovett Bvd. Houston, Tx 77006
- Prison Talk Online * PO Box 73151 Houston, TX 77273
- Honorable Mayor Sylvester Turner * City of Houston * PO Box 1562 Houston, Tx 77251
- Reverend Al Sharpton * 106 West 145th Street New York, NY 10039
- Mrs. Kim Kardashian * The Justice Project * 25115 Eldorado Meadow Dr Hidden Hills, Cal 91302
- Malcom X Grassroots Movement * Texas Office * 1222 East Terrell Ave. Fort Worth, TX 76104
- Congressman Al Green * 3003 South Loop North Ste 460 Houston, TX 77054
- Congresswomen Shelie Jackson-Lee * 4300 Lyons Ave. Houston, TX 75110

JAMES R. BUNN  01537579
500 HILLBIG ROAD
CONROE, TX 77301

7013 1090 0000 2272 7667

United States Courts
Southern District of Texas
FILED

MAR 29 2021

Nathan Ochsner, Clerk of Court

THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER

This is Legal Mail
Has not been inspected

U.S DISTRICT COURT 5th C
515 RUSK AVE
HOUSTON, TX 77002