United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES RAY BUNN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1181 |
| | § | |
| MERRICK GARLAND, *ET AL.*, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER OF DISMISSAL

On May 7, 2021, the Court struck plaintiff James Ray Bunn's complaint in this *pro se* federal pretrial detainee civil lawsuit, and ordered him to file an amended complaint within thirty days. The Court warned plaintiff that his failure to comply timely with the order would result in dismissal of the lawsuit.

To-date, and despite expiration of a reasonable period of time in excess of fifty days, plaintiff has failed to comply with the Court's order. Because plaintiff's complaint was stricken from the record and no amended complaint was subsequently filed, there is no actual case or controversy pending before the Court. Article III of the United States Constitution provides that federal courts have the power to decide only actual cases or controversies. U.S. CONST. art. III, § 2. *See United States Parole Comm'n v. Geraghty*, 445 U.S. 388, 395 (1980). In absence of a live case or controversy on which this Court may render judicial relief, the Court lacks jurisdiction and this case must be dismissed.

This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Any and all pending motions are DENIED AS MOOT.

Signed at Houston, Texas, on June 28, 2021.

_____
Gray H. Miller
Senior United States District Judge